# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KARAGAN KELLY, et al., : | |
| Plaintiffs, : | |
| : | CIVIL ACTION |
| v. : | No. 19-2819 |
| : | |
| BRISTOL TOWNSHIP : | |
| SCHOOL DISTRICT, et al., : | |
| Defendants. : | |

## ORDER

This 6th day of December, 2019, upon consideration of Defendants Bristol Township School District and Harry S. Truman High School's Motion to Dismiss (ECF 4), Plaintiffs Karagan Kelly and Cristine Johnson's Response in Opposition (ECF 6), and Defendants' Reply in Support of their Motion to Dismiss (ECF 7), it is hereby **ORDERED** that the Motion to Dismiss is **GRANTED** as follows:

Counts I and II of Plaintiffs' Complaint are dismissed **WITH PREJUDICE**.

Count III, IV, and V of Plaintiffs' Complaint are dismissed **WITHOUT PREJUDICE** to their being refiled in the Court of Common Pleas.

    /s/ Gerald Austin McHugh
United States District Judge